UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALFONSO GUZMAN,<br><br>          Plaintiff,<br><br>v.<br><br>SHERATON HOTEL,<br><br>          Defendant. | Case No.: C 09-3217 PSG<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

      Plaintiff filed the complaint in this action on July 15, 2009. The deadline for service was 120 days from that date, November 12, 2009.[1] Thus, the time for service on Defendant has expired. Defendant has not been served. Additionally, the parties were required to file a case management conference statement on November 3, 2009 and to appear for a case management conference on November 10, 2009.[2] None of the parties did so. Also, by November 3, 2009, the parties were required either to file written consent to the jurisdiction of the magistrate judge or to request reassignment to a district judge.[3] None of the parties did so.

      If the plaintiff fails to prosecute or to comply with these rules or a court order, the court

---

[1] *See* Fed. R. Civ. P. 4(m).

[2] *See* 10/26/09 Order Setting Initial Case Mgmt. Conf. and ADR Deadlines (Docket No. 2).

[3] *See* Civ. L.R. 73-1(a)(1).

Order, *page 1*

1  may dismiss the action.[4]  Accordingly,

2       IT IS HEREBY ORDERED that Plaintiff show cause why the case should not be dismissed
3  for failure to prosecute.  Plaintiff shall respond in writing no later than February 27, 2011.  If
4  Plaintiff fails to show cause, this case will be reassigned to a district judge with a recommendation
5  for dismissal.

6  Dated: February 7, 2011

                                    _____
                                    PAUL S. GREWAL
                                    United States Magistrate Judge

---

[4] *See* Fed. R. Civ. P. 41(b).

***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***

<u>copies mailed on 2/7/11 to:</u>

Alfonso Guzman
2314 Poplar Ave.
E. Palo Alto, CA 94303

                 <u>*/s/ Kelly Lowenberg for*</u>
                 OSCAR RIVERA
                 Courtroom Deputy