1

2                              **E-Filed 4/4/2011**

3

4

5              IN THE UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7                       SAN JOSE DIVISION

8

9    ALFONSO GUZMAN,                 Case Number 5:09-cv-03217 JF/PSG

                          Plaintiff,   ORDER[1] ADOPTING REPORT AND
10                                     RECOMMENDATION TO DISMISS
                                       FOR FAILURE TO PROSECUTE
11        v.

12   SHERATON HOTEL,

                          Defendant.
13

14

15       Plaintiff filed the complaint in this action on July 15, 2009. However, Plaintiff has not

16   served Defendant. In addition, Plaintiff did not file a case management conference statement or

17   appear for a scheduled case management conference on November 10, 2009. On February 8,

18   2010, the Court ordered Plaintiff to show cause why the case should not be dismissed for failure

19   to prosecute. Plaintiff failed to respond to the order. On March 3, 2011, Magistrate Judge Paul

20   S. Grewal ordered that the case be reassigned to a United States District Judge, recommending

21   that the case be dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). No party has

22   objected to the recommendation.

23       Pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72(b), and Civil

24   Local Rule 72-3, this Court concurs with and adopts in its entirety Judge Grewal's Report and

25   Recommendation. Accordingly, the action will be dismissed for failure to prosecute.

26

27   _____

28       [1] This disposition is not designated for publication and may not be cited.

1    IT IS SO ORDERED.

2    DATED: April 4,2011

3    _____
     JEREMY FOGEL
     United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 05:09-cv-03217 JF/PSG
ORDER ADOPTING REPORT AND RECOMMENDATION TO DISMISS FOR FAILURE TO PROSECUTE
(JFLC3)

1
2
3
4
5
6
7
8
9
10

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

11
12
13
14
15
16
17

| | |
|---|---|
| ALFONSO GUZMAN,<br><br>                              Plaintiff,<br><br>              v.<br><br>SHERATON HOTEL,<br><br>                              Defendant. | Case Number 5:09-cv-03217 JF/PSG<br><br>CERTIFICATE OF SERVICE |

18
19
20
21
22
23
24
25
26
27
28

        I, the undersigned, hereby certify that I am an employee of the Office of the Clerk, United States District Court, Northern District of California.

        On April 4, 2011, I served a true and correct copy of the attached document to each of the persons hereinafter listed by placing said copy in a postage paid envelope and depositing said envelope in the United States mail, or by placing said envelope in the outgoing mail delivery receptacle located in the Clerk's Office:

Alfonso Guzman
2314 Poplar Avenue
E. Palo Alto, CA 94303

DATED:   April 4, 2011

For the Court
Richard W.  Weiking, Clerk

By:  _____/s/_____
Diana Munz
Courtroom Deputy Clerk

3

Case No. 05:09-cv-03217 JF/PSG
ORDER ADOPTING REPORT AND RECOMMENDATION TO DISMISS FOR FAILURE TO PROSECUTE
(JFLC3)